**MATERN LAW GROUP, PC**
MATTHEW J. MATERN (SBN 159798)
mmatern@maternlawgroup.com
DEANNA S. LEIFER (SBN 265840)
dleifer@maternlawgroup.com
2101 E. El Segundo Blvd., Suite 403
El Segundo, California 90245
Tel: (310) 531-1900
Facsimile: (310) 531-1901

Attorneys for Plaintiff MARQUISE LEWIS, individually and on behalf of all others similarly situated

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARQUISE LEWIS, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>KELLY SERVICES GLOBAL, LLC, a Michigan limited liability company; KELLY SERVICES, INC., a Delaware corporation; CANOO INC., a California corporation; CANOO SALES, LLC, a Delaware limited liability company; CANOO TECHNOLOGIES, INC., a Delaware corporation; and DOES 1 through 50, inclusive,<br><br>Defendants. | CASE NO. 2:24-cv-06781-JLS-AGR<br><br>[Assigned for all purposes to the Hon. Josephine L. Staton]<br><br>**JOINT STIPULATION OF VOLUNTARY DISMISSAL**<br><br>Action Filed:   July 8, 2024<br>Removed:        August 9, 2024<br>Trial date:        None Set |

MATERN LAW GROUP
2101 E. EL SEGUNDO
BOULEVARD, STE 403
EL SEGUNDO, CA
90245

1    JOINT STIPULATION OF VOLUNTARY DISMISSAL

C:\Users\tealberty\Downloads\2026.01.16 - Lewis Stip of Dismissal - District Court (v3)

Plaintiff Marquise Lewis ("Plaintiff") and defendants Kelly Services Global LLC, Kelly Services, Inc. ("Kelly Services"), Canoo, Inc., Canoo Sales, LLC, and Canoo Technologies, Inc. ("Canoo") (collectively, "Defendants") (Plaintiff and Defendants are collectively referred to herein as the "Parties") hereby stipulate, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, to the voluntary dismissal of the above-captioned lawsuit in its entirety, with all individual claims asserted by Plaintiff against Defendants dismissed with prejudice, and all representative claims against Defendants dismissed without prejudice. Furthermore, on January 7, 2026, the Parties filed their joint stipulated motion to volumtarily dismiss the Ninth Circuit appeal with prejudice, in the action *Marquise Lewis v. Kelly Services, LLC,* Case No. 24-7483, which was entered and approved on January 8, 2026.

Moreover, the Parties stipulate that each party will bear its own attorneys' fees and costs incurred in this action, notwithstanding the provisions of Rule 54(d) of the Federal Rules of Civil Procedure and Local Rules 54-1 *et seq*.

Respectfully submitted,

DATED: January 16, 2026         **MATERN LAW GROUP, PC**

By:   */s/ Deanna S. Leifer*
Matthew Matern
Deanna S. Leifer
Attorneys for Plaintiff MARQUISE LEWIS, individually and on behalf of all others similarly situated

DATED: January 16, 2026         **DUANE MORRIS LLP**

By:   */s/ Tiffany E. Alberty*
Gerald L. Maatman, Jr.
Jennifer A. Riley
Tiffany E. Alberty

Attorneys for Defendants KELLY SERVICES GLOBAL, LLC and KELLY SERVICES, INC.

## **Attestation**

I attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

  /s/ *Deanna S. Leifer*
  Deanna S. Leifer