MATERN LAW GROUP, PC
MATTHEW J. MATERN (SBN 159798)
mmatern@maternlawgroup.com
DEANNA S. LEIFER (SBN 265840)
dleifer@maternlawgroup.com
2101 E. El Segundo Blvd., Suite 403
El Segundo, California 90245
Tel: (310) 531-1900
Facsimile: (310) 531-1901

Attorneys for Plaintiff MARQUISE LEWIS, individually and on behalf of all others similarly situated

JS-6

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARQUISE LEWIS, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>KELLY SERVICES GLOBAL, LLC, a Michigan limited liability company; KELLY SERVICES, INC., a Delaware corporation; CANOO INC., a California corporation; CANOO SALES, LLC, a Delaware limited liability company; CANOO TECHNOLOGIES, INC., a Delaware corporation; and DOES 1 through 50, inclusive,<br><br>Defendants. | CASE NO. 2:24-cv-06781-JLS-AGRx<br><br>[Assigned for all purposes to the Hon. Josephine L. Staton]<br><br>**ORDER GRANTING JOINT STIPULATION OF VOLUNTARY DISMISSAL [46]**<br><br>Action Filed:  July 8, 2024<br>Removed:  August 9, 2024<br>Trial date:  None Set |

ORDER

1 | The Court, having reviewed the Parties' Joint Stipulation of Voluntary Dismissal, and good cause being shown, HEREBY ORDERS the following:

1. The Stipulation is granted;
2. All claims asserted by Plaintiff Marquise Lewis are dismissed with prejudice; and
3. Each party will bear its own attorneys' fees and costs.

**IT IS SO ORDERED.**

DATED: January 16, 2026

*Josephine L. Staton*
_____
Hon. Josephine L. Staton
U.S. District Court Judge